**PLC LAW GROUP, APC**
Peter L. Carr, IV (SBN 256104)
pcarr@thePLClawgroup.com
Na'Shaun L. Neal (SBN 284280)
nneal@thePLClawgroup.com
Lauren K. McRae (SBN 331296)
nneal@thePLClawgroup.com
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
Telephone:   (310) 400-5890
Facsimile:   (310) 400-5895

**PERSON-LYNN LAW OFFICE**
JAAYE PERSON-LYNN, ESQ. SBN 269614
jaaye@personlynnlaw.com
200 Corporate Pointe, Suite 495
Culver City, CA 90230
Telephone: (310)642-0600
Facsimile: (310) 642-4710

Attorneys for Plaintiffs
WINDY TAYLOR, individually, and
W.T., by and through his Guardian ad Litem,
DEANDREA MOORE, individually and as
successor in interest for WINSTON TAYLOR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY TAYLOR, individually, and W.T., by and through his Guardian ad Litem, DEANDREA MOORE, individually and as successor in interest for WINSTON TAYLOR, <br><br>            Plaintiffs, <br><br>     vs. <br><br> CITY OF REDLANDS, and DOES 1 to 10, inclusive, <br><br>            Defendants. | Case No.: 5:25-cv-00299-JGB-DTB <br><br> **DECLARTION OF LAUREN K. MCRAE, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENT UNDER SEAL** |

I, Lauren K. McRae, declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto. I am an attorney at law duly licensed to practice before this Court. I am an attorney at the law firm of PLC Law Group, APC, attorneys for DEANDREA MOORE, proposed *Guardian Ad Litem* for W.T., in the matter *Windy Taylor and W.T., a Minor, v. City of Redlands, et al.* in the United States Court for the Central District of California.

2. On September 6, 2022, minor W.T. was born to Deandrea Moore. A true and correct copy of minor W.T..'s birth certificate contains identifying information to the minor W.T. is attached as Exhibit A. The document cannot be redacted in a fashion to protect the minor's identification.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2025 in Los Angeles, California.

*/s/ Lauren K. McRae*
Lauren K. McRae